# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALLEY ROD & GUN CLUB, | |
| Plaintiffs, | CIVIL ACTION NO. 3:CV-13-0725 |
| v. | (JUDGE CAPUTO) |
| CHESAPEAKE APPALACHIA, LLC, | |
| Defendant, | |
| ANADARKO E&P COMPANY, LP and STATOIL ONSHORE PROPERTIES, INC., | |
| Co-Defendants. | |

## ORDER

**NOW**, this 3rd day of June, 2013, **IT IS HEREBY ORDERED** that:

(1) Defendant Chesapeake Appalachia, LLC's Motion to Dismiss Plaintiff's Complaint (Doc. 4) is **GRANTED in part and DENIED in part**. The motion to dismiss Count I of the Complaint is **GRANTED**. The motion is **DENIED** in all other respects.

(2) Defendant Anadarko E&P Onshore LLC, formerly Anadarko E&P Company, LP's Motion to Dismiss Plaintiff's Complaint (Doc. 7) is **GRANTED in part and DENIED in part**. The motion to dismiss Count I of the Complaint is **GRANTED**. The motion is **DENIED** in all other respects.

(3) Count I of Plaintiff Valley Rod & Gun Club's Complaint is **DISMISSED with prejudice**.

(4) Defendants shall file answers to the Complaint within **twenty-one (21) days** from the date of entry of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge