IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VALLEY ROD & GUN CLUB,

    Plaintiff,

    v.

CHESAPEAKE APPALACHIA, LLC,

    Defendant,

ANADARKO E&P COMPANY, LP and STATOIL ONSHORE PROPERTIES, INC.,

    Co-Defendants.

NO. 3:13-CV-0725

(JUDGE CAPUTO)

FILED
SCRANTON

MAR 2 9 2017

Per _____
    DEPUTY CLERK

## ORDER

**NOW**, this 29th day of March, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendant Anadarko E&P Onshore LLC's Motion for Summary Judgment (Doc. 73) is **GRANTED**.

(2) Defendants Statoil USA Onshore Properties, Inc. and Chesapeake Appalachia, LLC's Motion for Summary Judgment (Doc. 77) is **GRANTED**.

(3) Plaintiff's Motion *in Limine* (Docs. 69, 72) is denied as **MOOT**.

(4) Defendants Statoil USA Onshore Properties, Inc. and Chesapeake Appalachia, LLC's Motion *in Limine* (Doc. 94) is denied as **MOOT**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                        /s/ A. Richard Caputo
                        A. Richard Caputo
                        United States District Judge